IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, ex rel.          *
  Charles Hubush and Deborah Meyers,

          Plaintiffs-Relators,          *

v.                                       *
                                         Civil Action No. ~~CCB00-2843~~
                                         *
                                         CCB-00-2843
SOUTHERN INSULATION, INC.,               *
  et al.,

          Defendants.                    *

*     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff/relators dismiss this case pursuant to Fed. R.

Civ. P. 41.   No answer or response has been filed.

Dated: July 8, 2002

_____          _____
J. Stephen Simms (#4269)            Robin Page West  (#1233)
W. Charles Bailey, Jr  (#23580)     Cohan & West LLC
Greber & Simms                      Suite 703
Suite 702                           Twenty South Charles Street
Twenty South Charles Street         Baltimore, Maryland 21201
Baltimore, Maryland 21201           Telephone 410-244-0400
Telephone 410-783-5795              Facsimile 410-244-0402
Facsimile 410-783-1368

Relators' Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2002 I caused a copy of the foregoing to be served by

facsimile on defendants' counsel:

Steven D. Gordon, Esq.
Holland & Knight
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006-6801
202-955-5564 Fax

_____